# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMBER R. COOK,

      Plaintiff,                                Case No. 15-11348

v                                                 Judge Laurie J. Michelson

WELTMAN, WEINBERG & REIS CO., LPA

      Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before this Court on stipulation of counsel for Plaintiff and Defendant and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a final Order and closes this case.**

                                  <u>s/Laurie J. Michelson</u>
                                  LAURIE J. MICHELSON
                                  UNITED STATES DISTRICT JUDGE

Dated:  July 17, 2015

| | |
|---|---|
| */s/Stephen A. Thomas* | */s/ Jeffrey S. Hengeveld* |
| Stephen A. Thomas (P43260) | Jeffrey S. Hengeveld (P66029) |
| Attorney for Plaintiff | Attorney for Defendant |

Open.19910.51497.15679221-1

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 17, 2015.

        s/Jane Johnson
        Case Manager to
        Honorable Laurie J. Michelson